1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KATHERINE GRIFFIN (CABN 282162)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Fax: (408) 535-5066
       Katherine.Griffin@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CAUSE NO. 5:18-CR-612-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOHN MAGAT, | |
| Defendant. | |

The defendant, JOHN MAGAT, represented by George Boisseau, and the government, represented by Assistant United States Attorney Katherine Griffin, hereby stipulate and agree as follows:

1. The above-captioned case is currently set for a status conference or change of plea hearing before this Court on January 21, 2020, at 10:00AM.

2. Discovery has been provided by the government, and the parties continue to discuss the disposition of this case. Defense counsel also continues to investigate matters relevant to the disposition of this case, including possible consequences of a conviction.

3. Additionally, defense counsel will be in trial in Sonoma County Superior Court beginning on January 21, 2020.

4. The parties jointly request that the Court continue the currently scheduled status conference

1 or change of plea hearing to February 12, 2020 at 1:30PM, or as soon thereafter as the Court's schedule permits.

5. The parties also agree that time should be excluded under the Speedy Trial Act from January 21, 2020, through February 12, 2020 (or the scheduled hearing date). The parties represent that this continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence, as well as continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

6. The parties therefore jointly request that the Court enter the Proposed Order below continuing the hearing date and excluding time.

So STIPULATED.

Date: January 16, 2020       DAVID L. ANDERSON
                             United States Attorney


                             _____/s/_____
                             KATHERINE GRIFFIN
                             Assistant United States Attorney


Date: January 16, 2020

                             _____/s/_____
                             GEORGE BOISSEAU
                             Attorney for JOHN MAGAT

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the court proceeding currently scheduled on January 21, 2020, shall be continued to February 12, 2020, at 1:30PM, for a possible change of plea or status conference.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between January 21, 2020, and February 12, 2020, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This continuance is also necessary for continuity of counsel. *Id*. The Court further finds that the ends of justice are served by excluding such time from computation under the Speedy Trial Act and outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Therefore, IT IS HEREBY ORDERED that the time between January 21, 2020, through and including February 12, 2020, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: _____                    _____
                                            THE HONORABLE EDWARD J. DAVILA
                                            United States District Judge