1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KATHERINE GRIFFIN (CABN 282162)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      Fax: (408) 535-5066
       Katherine.Griffin@usdoj.gov
8
   Attorneys for United States of America

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,            ) CAUSE NO. 5:18-CR-612-EJD
                                         )
14       Plaintiff,                      ) STIPULATION AND [PROPOSED] ORDER
                                         ) CONTINUING HEARING DATE AND
15       v.                              ) EXCLUDING TIME UNDER THE SPEEDY TRIAL
                                         ) ACT
16  JOHN MAGAT,                          )
                                         )
17       Defendant.                      )
                                         )
18

19       The defendant, JOHN MAGAT, represented by George Boisseau, and the government, represented

20  by Assistant United States Attorney Katherine Griffin, hereby stipulate and agree as follows:

21       1.    The above-captioned case is currently set for a change of plea hearing before this Court on

22  March 30, 2020, at 1:30PM.

23       2.    Discovery has been provided by the government, and the parties continue to discuss the

24  disposition of this case. Defense counsel also continues to investigate matters relevant to the disposition

25  of this case, including possible consequences of a conviction. This request is also made in light of the

26  current health threat and its effect on continuity of counsel.

27       3.    The parties jointly request that the Court continue the currently scheduled change of plea

28  hearing to May 26, 2020 at 1:30PM, or as soon thereafter as the Court's schedule permits.

STIP. AND [PROPOSED] ORDER CONTINUING HEARING AND EXLUDING TIME
Case No. 5:18-CR-612-EJD

1.     4.    The parties also agree that time should be excluded under the Speedy Trial Act from March 30, 2020, through May 26, 2020 (or the scheduled hearing date). The parties represent that this continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence, as well as continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

    5.    The parties therefore jointly request that the Court enter the Proposed Order below continuing the hearing date and excluding time.

So STIPULATED.

Date: March 18, 2020

DAVID L. ANDERSON
United States Attorney

_____/s/_____
KATHERINE GRIFFIN
Assistant United States Attorney

Date: March 18, 2020

_____/s/_____
GEORGE BOISSEAU
Attorney for JOHN MAGAT

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the court proceeding currently scheduled on March 30, 2020, shall be continued to May 26, 2020, at 1:30PM, for a change of plea hearing.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between March 30, 2020, and May 26, 2020, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). This continuance is also necessary for continuity of counsel. *Id*. The Court further finds that the ends of justice are served by excluding such time from computation under the Speedy Trial Act and outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Therefore, IT IS HEREBY ORDERED that the time between March 30, 2020, through and including May 26, 2020, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: 3/18/2020

THE HONORABLE EDWARD J. DAVILA
United States District Judge