DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE GRIFFIN (CABN 282162)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Katherine.Griffin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CAUSE NO. 5:18-CR-612-EJD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JOHN MAGAT, | |
| Defendant. | |

    The defendant, JOHN MAGAT, represented by George Boisseau, and the government, represented by Assistant United States Attorney Katherine Griffin, hereby stipulate and agree as follows:

    1.    The above-captioned case is currently set for a change of plea hearing before this Court on July 20, 2020, at 1:30PM.

    2.    Discovery has been provided by the government, and the parties continue to discuss the disposition of this case. Defense counsel also continues to investigate matters relevant to the disposition of this case, including possible consequences of a conviction. This request is also made in light of the current health threat and its effect on effective preparation and continuity of counsel.

    3.    The parties jointly request that the Court continue the currently scheduled change of plea hearing to September 21, 2020 at 1:30PM, or as soon thereafter as the Court's schedule permits.

STIP. AND [PROPOSED] ORDER CONTINUING HEARING AND EXLUDING TIME
Case No. 5:18-CR-612-EJD

4. The parties also agree that time should be excluded under the Speedy Trial Act from July 20, 2020, through September 21, 2020 (or the scheduled hearing date). The parties agree that this continuance is needed for effective preparation of counsel, taking into account the exercise of due diligence, as well as continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

5. The parties therefore jointly request that the Court enter the Proposed Order below continuing the hearing date and excluding time.

So STIPULATED.

Date: July 13, 2020

DAVID L. ANDERSON
United States Attorney

　　　　/s/
KATHERINE GRIFFIN
Assistant United States Attorney

Date: July 13, 2020

　　　　/s/
GEORGE BOISSEAU
Attorney for JOHN MAGAT

STIP. AND [PROPOSED] ORDER CONTINUING HEARING AND EXLUDING TIME
Case No. 5:18-CR-612-EJD

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the court proceeding currently scheduled on July 20, 2020, shall be continued to September 21, 2020, at 1:30PM, for a change of plea hearing.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 20, 2020, and September 21, 2020, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  This continuance is also necessary for continuity of counsel. *Id*. The Court further finds that the ends of justice are served by excluding such time from computation under the Speedy Trial Act and outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Therefore, IT IS HEREBY ORDERED that the time between July 20, 2020, through and including September 21, 2020, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED:   7/14/2020

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge