ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5044
    Fax: (408) 535-5081
    George.Hageman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 5:18-CR-00612-EJD |
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| JOHN MAGAT, | ) |
| Defendant. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against defendant John Magat, who was recently sentenced to 37 years' imprisonment. *See* 5:18-CR-00506-BLF.

DATED: September 18, 2024                         Respectfully submitted,

                                                         ISMAIL J. RAMSEY
                                                         United States Attorney

                                                         */s/*
                                                         MARTHA BOERSCH
                                                         Chief, Criminal Division

NOTICE OF DISMISSAL
No. 5:18-CR-00612 _____

Leave is granted to the government to dismiss the indictment against John Magat.

Date: September 18, 2024

HON. EDWARD J. DAVILA
United States District Judge